MALDONADO & COMPANY, Appellant, *v.* ALFREDO LOBO, Respondent, Impleaded with Another.

*Maldonado & Co.* v. *Yglesias*, 154 App. Div. 520, appeal dismissed. (Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1913, which reversed an order of Special Term denying a motion by defendant for judgment on the pleadings and granted said motion in an action for libel.

The motion was made upon the ground that the order of the Appellate Division was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained.

*Mark G. Holstein* for motion.

*James J. Franc* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.